# Skotko Law PLLC

Anna M. Skotko
Principal
anna@skotkolaw.com

November 26, 2025

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

*Via ECF*

Re:   *United States v. Christine Hunsicker*, 25 Cr. 318 (JPO)
      Request to Adjourn Pretrial Conference

Dear Judge Oetken:

I represent Defendant Christine Hunsicker in the above-captioned matter. We write to request an adjournment and rescheduling of the next pretrial conference, currently scheduled for December 11, 2025, to permit defense counsel time to review recently produced discovery materials and to allow the parties an opportunity to continue our discussions concerning a possible resolution of this matter.

We respectfully request that the pretrial conference be adjourned approximately one month after the originally scheduled date. The afternoon of January 14, 2026, works for all parties, if that is convenient for the Court. The government consents to this request.

Thank you for your time and attention to this matter.

Respectfully Submitted,

*/s/ Anna Skotko*

SKOTKO LAW PLLC
29 Broadway, Floor 31
New York, NY 10006
Tel: (646) 396-5251
anna@skotkolaw.com

*Counsel for Christine Hunsicker*

---

Granted. The December 11, 2025 pretrial conference is adjourned to January 14, 2026, at 2:30 pm. The Court hereby excludes time through January 14, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.
 So ordered:
 12/1/2025

J. PAUL OETKEN
United States District Judge